```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF PUERTO RICO
```

LUIS E. DUBON-OTERO,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

Civil No. 05-1549(JAF)

(Criminal No. 97-091)

## **J U D G M E N T**

On the basis of the terms of an Order subscribed by the court today, judgment is entered summarily dismissing the 28 U.S.C. § 2255 petition filed herein.  <u>Rule 4 of the Rules Governing Section 2255 Proceedings in the United States District Courts</u>.

San Juan, Puerto Rico, this 24th day of August, 2005.

                                    S/José Antonio Fusté
                                    JOSE ANTONIO FUSTE
                                  Chief U. S. District Judge