IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA <br> Plaintiff | * <br> * <br> * |
| v | * 97-CR-091-10 JAF <br> * |
| LUIS E. DUBON OTERO <br> Defendant | * <br> * <br> * |
| _____ | |

JOINT REQUEST FOR ORDER

TO THE HONORABLE COURT:

    NOW COME the parties herein, United States of America and Defendant Luis E Dubon Otero, through their legal representatives and respectfully state and pray as follows:

    1. The Defendant has tendered on this same day, to the Clerk of this Honorable Court, a manager's check to be credited towards the full satisfaction of the monetary impositions in the instant case.

    2. That presently there is an ongoing appeal 05-2734 (1st Cir) filed by the Defendant, which is still pending ruling from the Court of Appeals.

    3. The parties herein respectfully request, in the economy of justice, for an order addressed to the Clerk of the Court- Finance Division- directing said division to stay the disbursement, not the crediting, of the monies towards the impositions pending the final outcome of the appeal.

    4. That the check was tendered to the Clerk of this Honorable Court as a good faith effort to comply with this Court's imposition.

    WHEREFORE the parties herein respectfully request, in the economy of justice, for an order addressed to the Clerk of the Court- Finance Division- directing said division to stay the

-2-

disbursement, not the crediting, of the monies towards the impositions pending the final outcome of the appeal.

    CERTIFICATE: I hereby certify that on this same date I filed the instant document, via CM/ECF, which will automatically notify participant: David Roman, Esq.

    At San Juan, Puerto Rico this 31st day of March, 2006.

                                    H.S. GARCIA
                                    UNITED STATES ATTORNEY

| s/ David Roman | s/ Rebecca Vargas-Vera |
|---|---|
| DAVID ROMAN 125709 | REBECCA VARGAS-VERA 203307 |
| Attorney for Defendant | Assistant U.S. Attorney |
| El Caribe Bldg.,Suite 1401 | Torre Chardon, Suite 1201 |
| 53 Palmeras St. | 350 Carlos Chardon Ave. |
| San Juan, PR 00901-3312 | San Juan, PR. 00918 |
| Tel (787) 725-3312 | Tel. (787) 766-5656 |
| Fax(787) 723-7233 | Fax (787) 771-4049 |