REGISTRO DE LA PROPIEDAD
SECCIÓN III DE CAROLINA
ST. 124, CALL BOX 20000
CANOVANAS, P. R. 00729

Clerk Office
U.S. District Court of Puerto Rico
Room 150, Federal Building
San Juan, PR. 00918-1767

Re: Order, Criminal Case Number 97-091 (JAF), in San Juan on the 17th of april, 1998.

En cumplimiento del Artículo 69 de la Ley Hipotecaria num. 198 del 8 de agosto de 1979 enmendada, comunico a usted que el documento a que alude el epígrafe y que fuera presentado el 17 de agosto de 1998, al **ASIENTO 85 DEL DIARIO 68** de Operaciones de esta Sección del Registro, adolece de las faltas que se detallan a continuación, que impiden la registración del mismo.

**El documento debe retirarse por haberse cancelado el embargo por otro documento presentado al ASIENTO 287, DIARIO 64.**

El presentante o interesado que no esté conforme con la calificación del Registrador podrá, dentro del término improrrogable de veinte días siguientes a la notificación, radicar un escrito de recalificación exponiendo sus objeciones a la calificación, los fundamentos en que apoya su recurso y una súplica específica de lo que interesa. **Transcurridos los veinte días se entenderán consentidas las faltas señaladas. (Artículo 70, Ley Num. 198 de 8 de agosto de 1979).** De no ser subsanado el defecto señalado y expirado el plazo de 60 días el Registrador extenderá nota de caducidad en el asiento de presentación y al pie del documento el día abajo señalado a las 3:00 p.m., cuando los derechos pagados a la presentación del documento cuya notificación haya CADUCADO no excediere de doscientos ($200.00) dólares el Registrador cancelará veinticinco ($25.00) dólares; cuando los derechos pagados a la presentación excedieran los doscientos ($200.00) dólares el Registrador cancelará cincuenta ($50.00) dólares, (Ley 159 del 10 de agosto de 1988). Usted tendrá veinte (20) días a partir de la fecha de CADUCIDAD señalada para que nos someta comprobante por la suma de $---- como derechos a cancelarse por haber CADUCADO el documento presentado, de manera que podamos devolver los derechos pagados a la presentación del documento, Artículo 66.5 del Reglamento Hipotecario. **Conforme la reglamentación vigente,** la notificación recibida mediante telefax se considerara como un original para todos los efectos legales referentes a la notificación de faltas y sus términos. No obstante usted tiene derecho a solicitar el original de la notificación dentro de 60 días de emitida la misma.

**31 de octubre de 2007_ Notificación**
Fecha

**20 de noviembre de 2007_ Consentida (Vence)**
Fecha

**31 de diciembre de 2007___ Caducidad**
Fecha

**22 de enero de 2008_ Vencimiento de devolución**
Fecha

Registrador de la Propiedad

Empleado: *Juan R. Velázquez*     Legajo # **85-68**